IN THE WESTERN DISTRICT COURT OF MISSOURI

| | |
|---|---|
| MARIE JOHNSON, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 4:23-cv-00928 |
| | ) |
| WAL-MART STORES EAST 1 LP d/b/a | ) |
| WAL-MART SUPERSTORE, *et al.* | ) |
| | ) |
| | ) |
| Defendants. | ) |

## JOINT MOTION FOR JUDGMENT & APPROVAL OF WRONGFUL DEATH SETTLEMENT

COMES NOW Plaintiff Marie Johnson, individually, and as Representative of the Class I Heirs of James Johnson, deceased ("Plaintiff"), and Defendants Wal-Mart Stores East 1 LP, *et al.*, ("Defendants"), and request this Court enter its Order approving the settlement of Plaintiff's claims against Defendants arising from the incident described herein. In support of this Joint Application, the parties state as follows:

1. Plaintiff Marie Johnson is the personal representative of The Estate of James Johnson and is an individual resident of the State of Colorado. She brings this action on behalf of both The Estate of James Johnson and as a representative for all Class I beneficiaries of decedent James Johnson as identified in § 537.080, *et seq.*

2. As a surviving child of decedent James Johnson ("Decedent"), Plaintiff Marie Johnson is a proper party to bring this action for the wrongful death of Decedent pursuant to RSMo § 537.080, *et seq.* (*i.e.*, Class I beneficiaries) for the class of persons identified therein.

3. Other than Plaintiff Marie Johnson, there may be other individuals who qualify as a Class I beneficiary pursuant to RSMo § 537.080 who have yet to make their position known as

to the distribution of the agreed upon and accepted wrongful death settlement proceeds described herein.

4. Plaintiff has made a diligent attempt to notify all potential Class I beneficiaries of the wrongful death claim and settlement thereon as required by RSMo § 537.095. *See* **Exhibit 1**, Affidavit of Stacy Lake.

5. Defendants are residents of the State of Arkansas and Delaware.

6. The parties consent to the jurisdiction and venue of this Court for purposes of approving an agreed upon and accepted settlement of the claims arising from the circumstances described in this First Amended Complaint.

7. On or about June 10, 2023, Decedent was involved in a slip-and-fall incident at Defendants' store located in Raytown, Jackson County, Missouri.

8. Later, on December 9, 2023, Decedent died.

9. Plaintiff alleges Defendants were negligent in causing or contributing to Decedent's death.

10. Defendants deny any and all liability and deny the nature and extent of the damages claimed by Plaintiff. However, without admitting liability, Defendants have offered and Plaintiff has accepted to compromise and settle Plaintiff's claims arising out of the June 10, 2023, incident referenced herein.

11. Plaintiff has agreed, subject to the Court's approval of the settlement terms and the proposed apportionment of the settlement funds, to settle any potential claims, including wrongful death and survival claims, against Defendants and arising out of the June 10, 2023, incident, for $585,000.00.

12. That a proposed compromise settlement has been entered into between, accepted, and approved by the parties whereby Defendants shall pay Plaintiff the total sum of $585,000.00 to settle and resolve all claims and disputes against Defendants, including any and all claims for personal injuries and damages and wrongful death, arising out of the aforementioned incident that occurred on June 10, 2023. The settlement proceeds should be distributed as follows:

    a. $5,000.00 to be paid to Marie Johnson as a representative for all Class I beneficiaries of decedent James Johnson as identified in RSMo § 537.080, *et seq.*, in full and final resolution of any wrongful death and survival claims for James Johnson, deceased, arising out of the aforementioned June 10, 2023, incident, pending a resolution as to distribution of said proceeds amongst known and potential Class I beneficiaries of Decedent. Per contractual agreement between Plaintiff and her counsel, 42% of the $5,000.00 (*i.e.*, $2,100.00) shall be paid to Stacy Lake Firm LLC in attorney fees.

    b. $580,000.00 to be paid to Marie Johnson individually in full and final resolution of any claims Plaintiff Marie Johnson has or may have against Defendants arising out of the June 10, 2023, incident. Per contractual agreement between Plaintiff and her counsel, 42% of the $580,000.00 (*i.e.*, $243,600.00) shall be paid to Stacy Lake Firm LLC in attorney fees, and an additional $7,310.34 shall be paid to Stacy Lake Firm LLC for legal expenses.

13. Plaintiff has agreed to accept the aforementioned payment on behalf of all injured and/or damaged parties for all claims and damages suffered as a result of the death of Decedent under the provisions of RSMo § 537.080, *et seq*.

14. Plaintiff, having considered the circumstances of this case believes the release of Plaintiff's claims against Defendants, and the amount of the proposed settlement, are valid, just, equitable, and as such, should be approved by this Court.

15. Plaintiff has agreed to accept the aforementioned payment on behalf of all injured and/or damaged parties for all claims and damages suffered as a result of the death of Decedent under the provisions of RSMo § 537.080, *et seq*.

16. Plaintiff, having considered the circumstances of this case, believes the release of the Plaintiff's claims against Defendants, the amount of the proposed settlement, are valid, just, and equitable, and as such, should be approved by the Court.

17. Plaintiff requests this Court enter its Order approving the parties' wrongful death claim for a total of $585,000.00.

18. Plaintiff requests the Court approve the settlement, Plaintiff be allowed to execute a Settlement Agreement and Release, to file a Satisfaction of Judgment, and to acknowledge receipt of the proceeds of this settlement.

WHEREFORE Plaintiff and Defendants respectfully request the Court enter its Judgment and Order: approving the wrongful death settlement; directing the Plaintiff and Class Representative to execute a Settlement Agreement and Release; directing Plaintiff to file a Satisfaction of Judgment and to acknowledge receipt of the proceeds of this settlement; and for such other and further relief as this Court deems just, fair, and equitable.

Respectfully Submitted,

THE STACY LAKE LAW FIRM
*/s/ Stacy A. Lake*
Stacy A. Lake Mo Bar # 67785
PO Box 412713
Kansas City, Missouri 64141
(913) 602-0787
stacylake808@gmail.com
ATTORNEY FOR PLAINTIFF


*/s/ Lindsay P. Windham*
Lindsay P. Windham, Mo. Bar 66153
HALBROOK WOOD, P.C.
3500 W. 75th Street, Suite 300
Prairie Village, KS  66208
Phone: (913) 529-1188
Fax:    (913) 529-1199
lwindham@halbrookwoodlaw.com
ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on the 9th day of May 2025, a copy of the above pleading was filed electronically with the Court which will send a notice of filing to all counsel of record in this action.

/s/ Stacy A. Lake
Attorney for Plaintiff