# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| MARIE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 23-00928-CV-W-BP |
| ) | |
| WAL-MART STORES EAST 1 LP d/b/a ) | |
| WAL-MART SUPERSTORE, *et al.* ) | |
| ) | |
| Defendants. ) | |

## CLERK'S ORDER OF DISMISSAL

On the 29th day of July 2025, a Joint Stipulation of Dismissal with Prejudice was filed herein,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** against Defendants Wal-Mart Stores East 1 LP, and Walmart, Inc. with prejudice. Each party shall bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Shauna Murphy-Carr**
Deputy Clerk

Date: August 12, 2025